IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENDRICK M. JACKSON,

    Petitioner,

v.                                        4:19cv368–WS/HTC

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 30) docketed January 20, 2022. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be denied without an evidentiary hearing. Petitioner has filed objections (ECF No. 33) to the magistrate judge's report and recommendation.

    Having reviewed the record in light of Petitioner's objections, the undersigned finds no meritorious basis for rejecting the magistrate judge's report and recommendation. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 30) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 6) is DENIED.

3. The clerk shall enter judgment stating: "Kendrick M. Jackson's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   7th   day of   March  , 2022.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE